IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

JUL 0 6 2017

Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| In the Matter of the Search of:<br>Location Data of cellular telephone 406-479-4378 with Electronic Serial Number Unknown | MJ-17-31-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 6th day of July, 2017.

Jeremiah C. Lynch
United States Magistrate Judge